# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent.

No. 69788

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus arising from a protective custody proceeding under NRS Chapter 432B.

Having reviewed the petition and the attached documents, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. Although petitioner appears to challenge the district court's jurisdiction in the underlying proceeding concerning the custody of his minor child, petitioner has not attached any orders or parts of the underlying district court case that are necessary for this court to understand the arguments in the petition. NRAP 21(a)(4) (requiring petitioner to submit with his petition copies of any order, opinion, parts of the record, or any other document that may be essential to understand the matters set forth in the petition); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (explaining that petitioner bears the burden of demonstrating that extraordinary relief is warranted). Accordingly, we conclude that petitioner has not met his burden of demonstrating that our intervention is warranted and we deny the petition. *See* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107

16-08660

Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that the issuance of an extraordinary writ is purely discretionary with this court).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Peter Jason Helfrich
        Attorney General/Carson City
        Nye County Clerk